'16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _Louisiana_

_____ Division

PLEASE SERVE ALL PARTIES OF

Paul Conrad Everson Jones
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

~ see attached ~
United States of America, et al.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

**U.S. DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**FILED   MAR 0 5 2025**
**CLERK**

Jury Trial: (check one)  ☐ Yes  ☒ No

Recent B.R. Police Dept
file # 25-12124B
V. Davis
3/04/2025
Public Assistance

## \* \* \* \* EMERGENCY \* \* \* \*
## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Paul Conrad Everson Jones |
| Street Address | 153 N. 17TH Street |
| City and County | Baton Rouge, La 70802 |
| State and Zip Code | East Baton Rouge Parish |
| Telephone Number | 225-441-7280 |
| E-mail Address | pconjones1@yahoo.com |

PLEASE CALL AT ANY TIME. PS
(NO SPAM OR UNIDENTIFIED NUMBERS)

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: United States of America
  Job or Title (if known): Federal Government
  Street Address: Washington, DC
  City and County: unknown
  State and Zip Code: —
  Telephone Number: unknown
  E-mail Address (if known): unknown

Defendant No. 2
  Name: United States Department of Justice
  Job or Title (if known): Department of Justice
  Street Address: 950 Pennsylvania Avenue, NW
  City and County: Washington, DC 20530
  State and Zip Code: —
  Telephone Number: 202-514-2000
  E-mail Address (if known): unknown

Defendant No. 3
  Name: State of Louisiana
  Job or Title (if known): State Government
  Street Address: unknown
  City and County: Baton Rouge, La
  State and Zip Code: East Baton Rouge Parish
  Telephone Number: unknown
  E-mail Address (if known): unknown

Defendant No. 4
  Name: Louisiana Department of Justice
  Job or Title (if known): Civil Rights Division
  Street Address: 1885 N. 3rd Street
  City and County: Baton Rouge, La 70802
  State and Zip Code: East Baton Rouge Parish
  Telephone Number: 225-326-6705
  E-mail Address (if known): Unknown

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. §1331; 28 U.S.C. §1332; 28 U.S.C. §1367; Federal Tort Claims Act; Bivens Act and such other applicable state and/or federal plus international statutes, acts, laws, codes and treaties.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Paul Conrad Everson Jones, is a citizen of the State of *(name)* Louisiana.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A,
       and has its principal place of business in the State of *(name)* N/A.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* United States of America, is a citizen of the State of *(name)* Washington, DC. Or is a citizen of *(foreign nation)*

b.  If the defendant is a corporation

The defendant, (name) U.S. Department of Justice is incorporated under the laws of the State of (name) United States of America, and has its principal place of business in the State of (name) Washington, DC.

Or is incorporated under the laws of (foreign nation) N/A,

and has its principal place of business in (name) N/A.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,000,000,000.00 / one billion dollars

III. **Statement of Claim**

The defendants appear to be involved in a criminal enterprise and in concerted action committing crimes, violating constitutional rights and stalking. The

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I had to submit a indefinite power of attorney to the U.S. Department of Justice with Loretta Lynch, former U.S. attorney general having authority to execute. see attached additional pages

IV. **Relief**

The defendants are involved in a criminal enterprise and conspiracy, e.g. see also claims under This is torture in U.S.A. Louisiana

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Opportunity To Amend Complaint
Emergency Temporary/Permanent Restraining Order and Permanent Protective Order - TPO (Emergency)
All available and applicable awarded damages
Emergency Monetary Relief
$1,000,000,000.00 U.S. Currency - non economic, punitive, treble, consequential, statutory, economic and such other which can be presented at time.

[Left margin handwritten notes:] Received call from Clerk South after always at 14:02 3/05/24 concerning Complaint. The government obviously involved in acts. Reservation of All and rights returned by citizens.

*[Handwritten at top:]* It has been going on for at least twenty (20) years or more. Pl.

*[Handwritten paragraph:]* I've been having to sleep in vehicle since constant followed by many different vehicles showing up at places wherein I arrive at businesses, residential establishments and public places. I have videos and/or pictures of recent and past dating back years up to now. Plus, a complaint was filed on 3/04/2025 File # 25-121248 providing statement of crimes but was told it is a civil matter when done harm report to police authorities always instructed being a civil matter. At 10:50am while driving down Florida Street from opposite direction which I acknowledged Kathleen Wilson. There are a great amount of her people on the streets.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *[signature]* Paul E Jones  3/05/2025
all rights reserved

Signature of Plaintiff

Printed Name of Plaintiff: Paul Conrad Everson Jones

*[Handwritten:]* The above and foregoing from here and hence forth with any and all attachments, statements, testimony etc is being made under penalty of perjury being true and correct. Paul [signature] 3/05/2025

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: None

Printed Name of Attorney: None

Bar Number: N/A

Name of Law Firm: N/A

Street Address: N/A

State and Zip Code: N/A

Telephone Number: N/A

E-mail Address: N/A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Case No _____

Paul Conrad Everson Jones
  V.

United States of America,
   et al.

PLEASE SERVE ALL PARTIES

The Defendants:

1. United States of America — Breach of Duty
   Federal Government (Legislative/Executive Branches)
   Washington, DC 20530

2. United States Department of Justice
   Department of Justice / Civil Rights Div.
   950 Pennsylvania Avenue, NW    U.S. Attorney
   Washington, DC 20530    General Office
   claims: failure to take therapeutic, etc.
   breach of duty, action; failure to protect, etc.

3. State of Louisiana — failure to uphold Const.
   conspiracy; breach of
   State Governments (Legislative branch, duty
   Office of Governor, Secretary of State, etc
   La Department of Risk Management,
   Department of Corrections, La Department
   of Public Safety & Corrections, Dept. of Health,
   19th Judicial District Court,
   Baton Rouge City Court, Office of
   Public Defenders, District Attorney
   Office, Department of Justice including
   individuals which can be provided
   in due time.

Additional Defendants:

4. Wilson Law Firm / 5. Faithful Cure Services
6. Kathleen Wilson
1762 Dallas Drive
Baton Rouge, LA 70809
225-923-8337
225-288-7555
225-485-0896
225-337-9226

Claims:
Conspiracy to commit murder; wrongful termination; conspiracy to deprivation of constitutional rights; stalking; defamation of character; assault; hostile work environment

7. Select Safety Services USA
8. Lauren Jimenez, Accounts - H.R.
9. Kevin Drake, CEO
10. Whitney Sonnier, Safety Rep
1501 Cathead Rd.
Corpus Christi, TX 78409
(361) 400-2954

11. Select Safety Services, LLC
12. Warren Crocket, ~~Safety~~ Coordinator / Branch
225-252-4299

13. Luke Hardy, Branch manager
225-270-5174

14. Devin Bourque, employee
337-781-9193

15. Brett Aywood, employee
telephone number unknown

2631 S. Ruby Avenue
Gonzales, LA 70737

Claims:
harrassment
retaliation
hostile work enviroment
breach of duty
conspiracy;
failure to provide safety enviroment

Page 3 of 5

Additional Defendants:

16. Louisiana Fire Extinguisher, Inc
    aka "Louisiana Fire"
    Claims: discrimination; breach of employment contract; conspiracy

17. John M. Grace, Jr – Executive Vice President

18. Keisha Hurt – title unknown
    8339 Athens Avenue
    Baton Rouge, La 70814
    (225)-924-2421

19. Baton Rouge City Police Department
    Uniform Patrol Division – Commander
    Chief's Office – Chief of Police
    9000 Airline Hwy.
    Baton Rouge, La 70815
    (225) 389-2000
    Claims: Sexual assault; violation of privacy; conspiracy to deprivation of Const. rights; assault; battery

20. Port Allen Police Department
    Chief's Office – Chief of Police
    375 Court St.
    Port Allen, La. 70767
    (225) 343-5525
    Claims: failure to file police report; discrimination; harassment

21. E.B.R. Parish Sex Offender Registry
22. Det. Prather
23. Lt. Mathis
24. Sheriff Sid J. Gautreaux III
    8900 Jimmy Wedell Dr.
    Baton Rouge, LA 70807
    (225) 389-5000
    Claims: Conspiracy to deprivation of constitutional rights; stalking; violation of privacy

Page 4 of 5

Additional Defendants:

25. Social Security Administration
Disability Determination Services
5455 Bankers Avenue
Baton Rouge, La 70808
1800-772-1213 - breach of fiduciary duty; conspiracy

26. Lillie Poland
27. Tracey Poland - Conspiracy to commit murder; assault; defamation; attempting to file false report; conspiracy to deprivation of const. rights;
859 N. 11TH Street
Port Allen, La 70767
(225) 907-5451    (225) 394-1055

28. Frederick Everson    (225) 259-0506
29. Debora Everson    (225) 256-0383
                     (225) 259-0509
30. Neguille Everson    (225) 955-8327
875 N. 11TH Street
Port Allen, La 70767 - assault; harassment; defamation claims;

31. Reginald Charles Jones - Conspiracy to commit murder; aggravated assault; defamation; harassment; conspiracy to deprivation of const. rights
aka Charles R Jones
telephone number unknown
36075 Beverly Hills Drive
Prairieville, La 70767

32. Shannon Johnson    claims; conspiracy to deprivation of const rights, defamation; discrimination co-conspiracy to commit murder
36075 Beverly Hills Drive
Prairieville, La 70767
(225) 281-1919
(225) 356-6491

Page 5 of 5

Additional Defendants:

33. Assurance Insurance Agency
    4052 Plank Rd
    Baton Rouge, La 70805
    (225) 356-6491    Claims: Conspiracy to commit murder; discrimination; defamation;

34. The Salvation Army
35. Lorna Sterling (225) 250-9455    Conspiracy to deprive of life, liberty, property and const. rights
    7361 Airline Hwy.
    Baton Rouge, La 70805
    (225) 355-4483
    Claims: Discrimination; Conspiracy

36. St. Vincent De Paul / Shelter
    1871 Starling Lane
    Baton Rouge, La 70810
    (225) 819-0460
    claims: Discrimination; conspiracy

38. WAFB
    844 Government St,
    Baton Rouge, LA 70802
    (225) 215-4801

37. Care South Medical & Dental
    Board of Directors
    COO; CEO, Executive staff
    3140 Florida Blvd.
    Baton Rouge, La 70806
    claims: Retaliation; Violation of constitutional rights; conspiracy to deprivation of constitutional rights; defamation of character; harassment;

39. The Advocate Newspaper
    10705 Rieger Rd
    BR, LA 70809

and possibly more defendants as well as same or similar claims.