UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAUL CONRAD EVERSON JONES                           CIVIL ACTION

VERSUS

UNITED STATES OF AMERICA, ET AL.            NO. 25-00186-BAJ-RLB

## RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 14, the "Report")** recommending that the Court dismiss the above-captioned matter with prejudice for lack of federal question jurisdiction or, in the alternative, as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e). (*Id.* at 12).

Plaintiff timely filed a handwritten objection the Report, repeating similarly vague and conclusory allegations as those contained in his original Complaint. (Doc. 15). Plaintiff does not advance any new discernible legal arguments or allege new discernible facts that alter the conclusions reached in the Report.

After carefully considering Plaintiff's Complaint, the Report, Plaintiff's Objection, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's remaining Motions (Doc. 3, Doc. 5, Doc. 8, Doc. 12, Doc. 13) are **DENIED.**

Judgment will be entered separately.

Baton Rouge, Louisiana, this 18th day of December, 2025

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**